# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Peter A. Tomaino<br>Attorney at Law, Bar No. 1380 | Case No. 2:19-ms-00108<br><br>ORDER OF SUSPENSION |

On December 12, 2019, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of December 16, 2019. The OSC provided Peter A. Tomaino with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Tomaino. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Peter A. Tomaino, Bar No. 1380, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 4th day of February 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 4th day of February 2020, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Peter A. Tomaino, Esq.
> c/o Christian L. Moore, Esq.
> 6005 Plumas Street, Third Floor
> Reno, NV 89419

Certified Mail No.: 7019 0700 0001 7574 6628

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada